IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3094 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KEVIN L. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed oral motion to continue his plea hearing is granted, and defendant's plea hearing will be held before the undersigned magistrate judge on the 12th day of February, 2010, at 3:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

2) The Court finds the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and February 12, 2010 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(7).

DATED this 26th day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge