IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09CR3094 |
| vs. | ) | |
| | ) | |
| KEVIN L. WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on July 1, 2010 [56].

IT IS ORDERED that:

1. The request for transcript (filing 64) is granted.

2. Theodora A. Walker is ordered to pay to the Clerk of Court the amount of $120.45. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $120.45, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on July 1, 2010. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: March 27, 2013

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge