# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3094 |
| v. | ) | |
| KEVIN L. WALKER, | ) | ORDER |
| Defendant. | ) | |

Without objection by the Plaintiff and U.S. Probation Officer,

IT IS ORDERED that Defendant Kevin L. Walker is discharged from supervision.

DATED this 30th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge